UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR ABELENDA, : | |
| : | |
| Petitioner, : | Civ. No. 13-5355 (RBK) |
| : | |
| v. : | **ORDER** |
| : | |
| JORDAN HOLLINGSWORTH, et al., : | |
| : | |
| Respondents. : | |

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this  30th  day of   September  , 2013,

ORDERED that the petition for writ of habeas corpus is summarily dismissed due to a lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve the Opinion and Order on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk mark this case as closed.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
