UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OSCAR ABELENDA,

    Petitioner,

v.

JORDAN HOLLINGSWORTH, et al.,

    Respondents.

Civ. No. 13-5355 (RBK)

**ORDER**

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this 30th day of September, 2013,

ORDERED that the petition for writ of habeas corpus is summarily dismissed due to a lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve the Opinion and Order on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk mark this case as closed.

                                                 s/Robert B. Kugler
                                                 ROBERT B. KUGLER
                                                 United States District Judge